**\*E-FILED 5/8/07\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>CITIBANK, N.A., et al.,<br><br>　　　　　Defendants. | NO. C 07-80067 MISC JF (RS)<br><br>**ORDER GRANTING MOTION TO "TRANSFER" THIRD PARTY DISCOVERY MOTIONS** |

This miscellaneous action was initiated by Discover Financial Services LLC, Discover Bank, T-Mobil and Wal-Mart to enforce a third-party subpoena issued and served in this District in connection with a suit then-pending in the Eastern District of Texas in which they were named as defendants. In addition to opposing the motion to compel, the third party, Jerry A. Klein filed a "cross-motion" for a protective order and to quash the subpoena.[1] While these motions were pending, the underlying action in the Eastern District of Texas was transferred to the Honorable R. Gary Klausner of the Central District of California by order of the Judicial Panel on Multidistrict Litigation.

---

[1] Klein's motion did not comply with Civil Rules 7-2 and 7-3, as neither the moving papers nor the hearing date were served sufficiently in advance of the scheduled hearing date. It appears that Klein may have been attempting to proceed under a version of Rule 7-3 in effect prior to December of 2000, which permitted a party to file a "counter-motion" at the same time as its opposition.

1

1    Defendants now move to "transfer" these discovery proceedings to Judge Klausner. Klein
2 has filed a statement that he does not oppose the transfer, and the parties stipulated to the "transfer"
3 motion being decided on shortened time without further briefing or argument. Good cause
4 appearing, IT IS HEREBY ORDERED THAT:

5    1. Pursuant to the stipulation of the parties filed May 3, 2007 [Docket No. 13], defendants'
6 "motion to transfer motions related to discovery sought from third-party Jerry A. Klein" is hereby
7 submitted for decision without further briefing or argument.

8    2. Said motion is GRANTED. Defendants' motion to compel and Klein's motion for a
9 protective order and to quash the subpoena are referred to the Honorable R. Gary Klausner of the
10 Central District of California. *See In re Welding Rod Products Liability Litigation*
11 406 F.Supp.2d 1064 (N.D.Cal. 2005) (reviewing authority for such referrals). The parties shall take
12 appropriate steps to refile their pleadings and set the matter for hearing in that District.

14 IT IS SO ORDERED.
15 Dated: May 8, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge

C 07-80067 MISC JF (RS)

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Kfir B. Levy     levyk@howrey.com

Lowell D. Mead     lmead@cooley.com, scaamal@cooley.com; ; rmoroz@cooley.com

William C. Rooklidge     rooklidgew@howrey.com, wilsons@howrey.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 5/8/07**                                          **Chambers of Judge Richard Seeborg**

                                                                           **By:      /s/ BAK**

United States District Court
For the Northern District of California

C 07-80067 MISC JF (RS)

3